**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANGELA JONES, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br><br><br><br>AMERICAN CREDIT ACCEPTANCE, LLC, PAR, INC. d/b/a PAR NORTH AMERICA, and BBMHKH ENTERPRISE, LLC d/b/a TURBO ASSET RECOVERY,<br><br>Defendants. | No. 15-cv-08163<br><br>Honorable Sharon Johnson Coleman<br><br>Honorable Maria Valdez |

**DEFENDANT PAR, INC.'S MOTION TO
COMPEL ARBITRATION AND DISMISS OR STAY JUDICIAL PROCEEDINGS**

Defendant PAR, Inc. d/b/a PAR North America ("PAR") moves, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq.*, for an order compelling Plaintiff Angela Jones to submit her individual claims against PAR to arbitration pursuant to the terms of her written arbitration agreement with PAR's principal in connection with Plaintiff's claims, defendant American Credit Acceptance, LLC, and staying this action against PAR pending completion of that arbitration proceeding. In support of this Motion, PAR incorporates its accompanying Memorandum and exhibits thereto.

WHEREFORE, Defendant PAR, Inc. d/b/a PAR North America, respectfully requests that this Court: (i) compel Plaintiff Angela Jones to submit her individual claims against PAR to

an arbitration proceeding; (ii) stay this action against PAR pending completion of that arbitration proceeding; and (iii) grant such other and further relief as this Court deems just and proper.

Dated: January 6, 2017    Respectfully submitted,

**VEDDER PRICE P.C.**

By: */s/ Blaine Kimrey*

Blaine Kimrey (ARDC #6279625)
bkimrey@vedderprice.com
Jeanah Park (ARDC #6278193)
jpark@vedderprice.com
222 N. LaSalle Street
Chicago, IL 60601
T: (312) 609-7500
F: (312) 609-5001

**Attorneys for Defendant PAR, Inc. d/b/a PAR North America**

## **CERTIFICATE OF SERVICE**

I, Blaine C. Kimrey, hereby certify that on this 6th day of January, 2017, a true and correct copy of the foregoing was served by CM/ECF to the parties registered with the Court's CM/ECF system.

*/s/ Blaine C. Kimrey*